IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEONARD SHUNDEL
GOODMAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D13-4843

v.

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed September 26, 2014.

An appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Pamela Jo Bondi, Attorney General, Charles R. McCoy, Senior Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.